MICHAEL B. PALILLO, ESQ.
MICHAEL B. PALILLO, P.C.
277 Broadway, Suite 501
New York, NY 10007
(212)608-8959
mpalillo@palillolaw.com

UNITED STATES OF DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
TERON WATSON,

               Plaintiff,

   -against-

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT and
POLICE OFFICER DANIEL VELASQUEZ
TR#957250,

               Defendants.
- - - - - - - - - - - - - - - - -X

**NOTICE OF MOTION FOR AN ORDER TO BE RELIEVED AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**
**16-cv-5025(PKC)(RLM)**

S I R S :

    **PLEASE TAKE NOTICE** that upon the annexed Affirmation and Memorandum of Law of MICHAEL B. PALILLO, ESQ., duly affirmed on the 25th day of July, 2017, and the exhibits annexed thereto and all prior pleadings and proceedings had herein, Plaintiff's Counsel will move this Court, before the Hon. Pamela K. Chen, U.S.D.J., at Courtroom 4F, United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, for an Order pursuant to Local Civil Rule 1.4 of the Federal Rules of Civil Procedure granting the Movant, Michael B. Palillo, Esq., to be relieved as counsel and as attorney of record for Plaintiff, TERON WATSON;

granting a stay of all proceedings for a period of thirty (30) days to allow TERON WATSON sufficient time to obtain substitute counsel; granting the Law Office of Michael B. Palillo, a charging lien and disbursements in the sum of $665.00, and as such other and further relief as may be just and proper.

Dated: New York, New York
July 25, 2017

MICHAEL B. PALILLO, P.C.
Michael B. Palillo, Esq.
277 Broadway, Suite 501
New York, NY 10007
(212)608-8959

TO: **BY PERSONAL SERVICE & MAIL**
TERON WATSON
593 Vanderbilt Avenue
Apt. 154
Brooklyn, NY 11238

**BY MAIL & ECF**
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007

Attn: Christopher G. Arko, ACC