# EXHIBIT B

---------------------------------------------x

TERON WATSON            Plaintiffs,

-against-

CITY OF NEW YORK        Defendants.

---------------------------------------------x

    IT IS HEREBY CONSENTED that MICHAEL B. PALILLO, P.C. of No. 277 Broadway, Suite 50, New York, NY 10007-2001 be substituted as attorney of record for the undersigned party in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

Dated:  New York, New York
       March 30, 2017

_____
MICHAEL B. PALILLO

_____
TERON WATSON

_____
ROGER ARCHIBALD

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NY       )

    On the 30th day of March before me personally came **TERON WATSON**, to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same.

_____
MICHAEL B. PALILLO
Notary Public, State of New York
No. 02PA4804809
Qualified in Nassau County
Commission Expires May 31 2018