# EXHIBIT D



# PALILLOLAW
MICHAEL B. PALILLO, PC

Michael B. Palillo
Ryan Amato

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 501
NEW YORK, NEW YORK 10007

P 212.608.8959
F 212.608.0304

mpalillo@palillolaw.com
ramato@palillolaw.com

May 2, 2017

by hand
Roger Archibald Esq.
26 Court Street Suite 711
Brooklyn, New York 11242

RE: Watson v. City
    Watson v. City

Dear Archibald:

    Enclosed please find our check in the sum of $665.00 representing your disbursements for the USDC filing fee and process serving fee.

    Kindly sign the attached substitution of attorney.

    I can not agree to a division of legal fees, if any, until I evaluate the file.

Very truly yours,

Michael B. Palillo

