# EXHIBIT F

Draft & Final

Let this document reflect to the court

To: Michael Palillo (Palillo Law)

From: Teron Watson

Dated: 7-18-2017

I, Teron Watson has discharged Michael Palillo/Palillo Law

Michael Palillo;

    I, Teron Watson, today, 7-18-2017, am writing to you too alect you and any associate and/or partner of Palillo Law that I have chosen an am discharging you as my attorney due to CAUSE. Because I cant fit every detail in writing, I will simply state the reasons.

Breach of contract — has stated to me, "your case isnt worth it" "I'm requesting to be relieved as your attorney
& Duty(ies) as an competent Attorney

*Even an email (that was meant to decieve me) was sent to me 7-17-17 FRAUD & Fiduciary that caused me emotional stress. And much more. Example, failing to mention the entire facts of case and filing as such.

Client-Attorney Relationship

Lack of communication and poor informative skills

(Take it or leave it)

This letter is meant to discharge you — 7-18-17 (FAX)

*I have a copy of this. If it needs to be typed, a just written

07/18/2017 12:50 (FAX) P.001/001