

# PALILLOLAW
MICHAEL B. PALILLO, PC

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 501
NEW YORK, NEW YORK 10007

P 212.608.8959
F 212.608.0304

mpalillo@palillolaw.com
ramato@palillolaw.com

Michael B. Palillo
Ryan Amato

August 1, 2017

**VIA ECF**
Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     Teron Watson v. The City of New York, et al.
      Case No.:  16-cv-05025 (PKC) (RLM)

Hon. Mann:

    Enclosed please find my declaration of service of the Electronic Order enterd on July 31, 2017 at 6:35 PM ETD, on Teron Watson by overnight mail, regaular mail, e-mail and text.

    The following is the contact information for Teron Watson:

Home Adress: 593 Vanderbilt Avenue Apt. 154
                 Brooklyn, New York 11238

Telephone:   1-646-715-3878

E-mail:       bondteron@gmail.com

                                     Very truly yours,

                                     Michael B. Palillo, Esq.

cc via ECF:
Zachary W. Carter
New York City Law Dept.
Attn: Christopher G. Arko, Esq.